Louis P. Winner, Esq., Kentucky Bar No. 89248, Texas Bar No. 24066341
New York Bar No. 4716817
winner@derbycitylaw.com
Glenn A. Cohen, Esq., Kentucky Bar No. 13085
gcohen@derbycitylaw.com
SEILLER WATERMAN LLC
2200 Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
(502) 584-7400, Fax: (502) 583-2100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BFN, LLC, a Kentucky Limited Liability Company; and JANE DOE, an individual, | CASE NO. 2:08-CV-7285 |
| Plaintiffs, | **MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| DAVID ELMS, an individual; ELMS WEB SERVICES, INC., a California Corporation and DOES 1 through 10, inclusive, | |
| Defendants. | |

Come the Plaintiffs, by counsel, and hereby move the Court to enter a default judgment on Plaintiffs' claims of copyright infringement against the Defendant, Elms Web Services, Inc., pursuant to this Court's May 11, 2009 Order.

In support of this motion, Plaintiffs states that by Order dated June 1, 2009, counsel for Defendant, Elms Web Services, Inc., Brandon A. Block and the Law Offices of Brandon A. Block, withdrew as counsel of record for Defendants, including Defendant Elms Web Services, Inc. Counsel's withdrawal became effective on the date Brandon A. Block served notice of the Court's June 1, 2009 Order to his former clients. On June 1, 2009, attorney Brandon A. Block tendered proof of service of the aforementioned Court Order to his former

1

PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT ELMS WEB SERVICES, INC.

clients on July 16, 2009 this Court entered an Order striking Defendant Elms Web Services Answer for failure to defend. To date, Elms Web Services, Inc. has not retained successor counsel, and Plaintiffs are informed and believe that Defendant Elms Web Services, Inc. has no intention of so doing.

This Court has advised Defendant Elms Web Services, Inc. on no fewer than three occasions of its obligation to obtain successor counsel, and of its inability to proceed without counsel. As discussed in the attached Memorandum of Points and Authorities and declaration of Plaintiffs' counsel, Defendant Elms Web Services, Inc., as a corporate entity, may not appear before this Court without counsel. Default is the proper remedy for a corporation's failure to appear through counsel, as this Court has correctly advised Defendant Elms Web Services, Inc.

Dated: July 31, 2009        By:   /s/ Louis P. Winner
                                  Louis P. Winner, Attorney for Plaintiffs
                                  Glenn A. Cohen, Attorney for Plaintiffs
                                  SEILLER WATERMAN LLC
                                  2200 Meidinger Tower
                                  462 S. Fourth Street
                                  Louisville, Kentucky  40202
                                  winner@derbycitylaw.com
                                  gcohen@derbycitylaw.com
                                  Telephone No.: 582-584-7400

                                  Michael W. Fattorosi, Attorney for Plaintiffs
                                  LAW OFFICES OF FATTOROSI & CHISVIN
                                  6300 Canoga Avenue, Suite 550
                                  Woodland Hills, California 91367
                                  michael@fclawyers.com
                                  Telephone No.: 818-881-8500

PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT ELMS WEB SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

(None)

I further certify that I mailed the foregoing document and the notice of electronic filing by Overnight Delivery to the following non-CM/ECF participants:

David Elms
CDC No. G67439
North Kern State Prison
2737 West Cecil Avenue
Delano, CA 93215

David Elms
Elms Web Services, Inc.
5228 West 124 Street
Hawthorne, California 90250

　　　　　　　　　　　　　　　　　　　／s/ Louis P. Winner
　　　　　　　　　　　　　　　　　　Louis P. Winner, Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　Glenn A. Cohen, Attorney for Plaintiffs

G:\doc\LPW\Clients\BFN LLC\Pleadings\Mot-DefaultJudgment Revised.wpd

PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT ELMS WEB SERVICES, INC.