Louis P. Winner, Esq., Kentucky Bar No. 89248, Texas Bar No. 24066341, New York Bar No. 4716817
winner@derbycitylaw.com
Glenn A. Cohen, Esq., Kentucky Bar No. 13085
gcohen@derbycitylaw.com
SEILLER WATERMAN LLC
2200 Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
(502) 584-7400, Fax: (502) 583-2100
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BFN, LLC, a Kentucky Limited Liability Company; and JANE DOE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID ELMS, an individual; ELMS WEB SERVICES, INC., a California Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:08-CV-7285<br><br>**DECLARATION OF LOUIS P. WINNER IN SUPPORT OF MOTION TO STRIKE DEFENDANT DAVID ELMS' ANSWER** |

<u>DECLARATION OF LOUIS P. WINNER</u>

I, Louis P. Winner, declares as follows:

1. I am an attorney licensed to practice law before all of the Courts in the states of Kentucky, Texas, and New York, and I have been admitted *pro hac vice* to the United States District Court, Central District of California. The following facts are true of my own personal knowledge. If called upon to do so, I could and would competently testify to the truth thereof.

2. Pursuant to this Court's Order entered on July 16, 2009 I served David Elms with a copy of the Plaintiff's Motion to Strike his Answer from the record on August 10, 2009.

3. A copy of the Plaintiff's Motion to Strike Defendant David Elms Answer was sent via Federal Express to the Litigation Coordinator at North Kern State Prison. Attached

1

DECLARATION OF LOUIS P. WINNER

as Exhibit 1 is confirmation from Federal Express indicating that the motion was delivered on August 10, 2009 at 9:42 am.

4.  Prior to serving David Elms through the Litigation Coordinator at North Kern State Prison, I personally verified that Mr. David Elms was being held at the North Kern State Prison and that the litigation coordinator would accept service of the motion on Mr. David Elms' behalf.

5.  I have not received any response from Mr. David Elms other then those responses filed by his former attorney, Mr. Brandon A. Block.

_____
LOUIS P. WINNER

COMMONWEALTH OF KENTUCKY    )
                            ) SS:
COUNTY OF JEFFERSON         )

The foregoing instrument was subscribed, acknowledged and sworn to before me by Louis P. Winner this 18th day of August, 2009.

My Commission Expires: 5/31/2012

_____
Notary Public, State at Large

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

[None]

I further certify that I mailed the foregoing document and the notice of electronic filing by overnight delivery to the following non-CM/ECF participants:

David Elms
CDC No. G67439
North Kern State Prison
c/o Litigation Coordinator
2737 West Cecil Avenue
Delano, CA 93215

2

DECLARATION OF LOUIS P. WINNER

David Elms
Elms Web Services, Inc.
5228 West 124 Street
Hawthorne, California 90250

                                                */s/ Louis P. Winner*
                                                Louis P. Winner, Attorney for Plaintiffs
                                                Glenn A. Cohen, Attorney for Plaintiffs

DECLARATION OF LOUIS P. WINNER