# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7285-GW(SSx) | Date | August 24, 2009 |
|---|---|---|---|
| Title | *BFN, LLC, et al. v. David Elms, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Louis P. Winner (via telephone)   None Present

**PROCEEDINGS:**   **PLAINTIFF'S MOTION TO STRIKE DEFENDANT ELMS' ANSWER (filed 08/07/09)**

Hearing is held. Counsel for the defendants are not present.

For reasons stated on the record, Plaintiff's Motion to Strike Defendant Elms' Answer is **granted.** Counsel for plaintiff will file and serve a proposed order forthwith. The defendant will have until September 21, 2009 to file any objections to the proposed order.

Counsel for plaintiff will include a briefing schedule with a hearing date on plaintiffs' application for default judgment as to defendant David Elms.

IT IS SO ORDERED.

:   03

Initials of Preparer   JG