1  Louis P. Winner, Esq., Kentucky Bar No. 89248, Texas Bar No. 24066341,
   New York Bar No. 4716817
2  winner@derbycitylaw.com
   Glenn A. Cohen, Esq., Kentucky Bar No. 13085
3  gcohen@derbycitylaw.com
   SEILLER WATERMAN LLC
4  2200 Meidinger Tower
   462 S. Fourth Street
5  Louisville, Kentucky  40202
   (502) 584-7400, Fax: (502) 583-2100
6
   Attorneys for Plaintiffs
7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10
   BFN, LLC, a Kentucky Limited Liability Company; )    CASE NO. 2:08-CV-7285-GW(SSx)
11 and JANE DOE, an individual,                     )
                                                    )    **ORDER**
12                 Plaintiffs,                       )
                                                    )
13 vs.                                               )
                                                    )
14 DAVID   ELMS,  an  individual;   ELMS   WEB      )
   SERVICES, INC., a California Corporation  and )
15 DOES 1 through 10, inclusive,                     )
                                                    )
16                 Defendants.                       )
   _____     )
17

18                              <u>ORDER</u>

19        Upon Motion of the Plaintiff, BFN, LLC, and this Court having been sufficiently advised,

20        IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion to Strike Defendant

21 Elms' Answer be, and hereby is GRANTED;

22        IT IS HEREBY FURTHER ORDERED that Plaintiff shall file a brief on or before

23 November 11, 2009, regarding Plaintiff's entitlement to a default judgment and damages on

24 the issue of copyright infringement against Defendant David Elms and Elms Web Services,

25 Inc.  This Court previously entered a default against Elms Web Services, Inc.;

26        IT IS HEREBY FURTHER ORDERED that a hearing on damages is set for the **23rd**

27 **day of November, 2009, at 8:30 a.m.**; and

28

                                    1
                    _____
                              PROPOSED ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY FURTHER ORDERED that Defendant Elms, and Elms Web Services, Inc., shall have up to and including November 4, 2009, to file any objections to this Order.

_____

GEORGE H. WU
United States District Court
Central District of California

Date: October 14, 2009

2

PROPOSED ORDER

1

2   Dated: October 12, 2009    By:___/s/ Louis P. Winner_____
                                    Louis P. Winner, Attorney for Plaintiffs
3                                   Glenn A. Cohen, Attorney for Plaintiffs
                                    SEILLER WATERMAN LLC
4                                   2200 Meidinger Tower
                                    462 S. Fourth Street
5                                   Louisville, Kentucky  40202
                                    winner@derbycitylaw.com
6                                   gcohen@derbycitylaw.com
                                    Telephone No.: 582-584-7400
7
                                    Michael W. Fattorosi, Attorney for Plaintiffs
8                                   LAW OFFICES OF FATTOROSI & CHISVIN
                                    6300 Canoga Avenue, Suite 550
9                                   Woodland Hills, California 91367
                                    michael@fclawyers.com
10                                  Telephone No.: 818-881-8500

11
                              **<u>CERTIFICATE OF SERVICE</u>**
12
            I hereby certify that on October 12, 2009, I electronically filed the foregoing with the
13  clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to
    the following:
14
                    (None)
15
            I further certify that I mailed the foregoing document and the notice of electronic filing
16  by overnight delivery, to the following non-CM/ECF participants:

17          David Elms
            CDC No. G67439
18          North Kern State Prison
            c/o Litigation Coordinator
19          2737 West Cecil Avenue
            Delano, CA 93215
20
            David Elms
21          Elms Web Services, Inc.
            5228 West 124 Street
22          Hawthorne, California 90250

23
                                            ___/s/ Louis P. Winner_____
24                                          Louis P. Winner, Attorney for Plaintiffs
                                            Glenn A. Cohen, Attorney for Plaintiffs
25

26

27

28

PROPOSED ORDER