## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7285-GW(SSx) | Date | November 23, 2009 |
|---|---|---|---|
| Title | *BFN, LLC, et al. v. David Elms, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Ricardo Juarez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorney Present for Plaintiffs: | Attorney Present for Defendants: |
|---|---|
| Louis P. Winner | None Present |

**PROCEEDINGS:**    **PLAINTIFF'S HEARING RE: DAMAGES AS TO DEFAULT JUDGMENT AGAINST DEFENDANT DAVID ELMS AND ELMS WEB SERVICES, INC.**

Hearing is held.  Counsel for defendants is not present.

The Court adopts its previously faxed tentative as its final ruling.  Plaintiff shall lodge proposed documents by December 10, 2009.

IT IS SO ORDERED.

| | : | 02 |
|---|---|---|
| | Initials of Preparer | RJ |