1 | Louis P. Winner, Esq., Kentucky Bar No. 89248, Texas Bar No. 24066341
New York Bar No. 4716817
2 | winner@derbycitylaw.com
Glenn A. Cohen, Esq., Kentucky Bar No. 13085
3 | gcohen@derbycitylaw.com
SEILLER WATERMAN LLC
4 | 2200 Meidinger Tower
462 S. Fourth Street
5 | Louisville, Kentucky 40202
(502) 584-7400, Fax: (502) 583-2100
6 | Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT

JAN 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7

8

9

## UNITED STATES DISTRICT COURT

10

## CENTRAL DISTRICT OF CALIFORNIA

11

12

BFN, LLC, a Kentucky Limited Liability Company; )
13 | and JANE DOE, an individual,
)
14 |                Plaintiffs, )
)
15 | vs. )
)
16 | DAVID ELMS, an individual; ELMS WEB )
SERVICES, INC., a California Corporation, )
17 | )
)
18 |             Defendants. )
)

CASE NO.  2:08-cv-07285-GW-SS

**FIRST AMENDED COMPLAINT
FOR DAMAGES AND EQUITABLE
RELIEF FOR:**

**(1) COPYRIGHT INFRINGEMENT;
DEMAND FOR JURY TRIAL**

19

20

       COMES NOW Plaintiffs, BFN, LLC ("BFN") and JANE DOE ("DOE"), by counsel, and

21

for their First Amended Complaint against Defendants, DAVID ELMS, ("ELMS") and ELMS

22

WEB SERVICES, INC. ("EWS") state that this is an action for monetary and equitable relief,

23

and otherwise state as follows:

24

/ / /

25

/ / /

26

/ / /

27

/ / /

## INTRODUCTION AND NATURE OF THE CASE

28

1

1.     This is an action arising under the Copyright Act, 17 U.S.C. §101 *et seq.*, for knowing and intentional infringement of Plaintiffs' copyrighted work; namely Plaintiffs' website and copyrighted material displayed therein.

2.     ELMS, by and through and as the owner, supervisor and manager of his company, EWS, copied, reproduced, distributed, displayed and transmitted a selection and arrangement of photographs and graphics which are substantially similar to Plaintiffs' protected work and did so without authorization and knowingly and intentionally in violation of Plaintiffs' rights, including but not limited to Plaintiffs' exclusive rights in the copyright therein and thereto.

3.     Defendants displayed the Plaintiffs' copyrighted work on a website with the URL of DOE's real name.

## JURISDICTION AND VENUE

4.     Subject matter jurisdiction is possessed by this Court pursuant to 28 U.S.C. §1331, 28 U.S.C. §1338, and 17 U.S.C. §101 *et seq.* as the Complaint alleges violations of Federal Copyright Law.

5.     This Court has personal jurisdiction over Defendants in light of the existence of facts sufficient to confer jurisdiction under California Code of Civil Procedure §410.10.

6.     Venue in the Central District of California is proper under 28 U.S.C. §1391(b) and (c) because Defendants reside in and are conducting business in Los Angeles County, California, and because a substantial part of the events giving rise to these claims took place within the Central District of California.

## PARTIES

7.     Plaintiff BFN is a Kentucky limited liability company, organized under the laws of Kentucky with its principal office at 462 South Fourth Street, Suite 2200, Louisville, Kentucky, and is engaged in the modeling, entertainment and escort services businesses.

8.     Plaintiff DOE is, and at all times relevant herein was, a resident of Long Beach, in Los Angeles County, California. DOE is a model, entertainer and escort. DOE is filing this

2

1  suit anonymously due to the likelihood of serious and substantial bodily harm that would likely
2  result if she were to file this suit under her true identity.

3       9.      Defendant EWS is a corporation organized under the laws of the state of
4  California with its principal place of business located at 5228 W. 124th Street, Hawthorne, in
5  Los Angeles County, California 90250.

6  / / /

7       10.     Defendant ELMS, is an individual, officer and shareholder of ELMS Web
8  Services, Inc. and resides in Los Angeles County, California. ELMS currently resides at 1611
9  Crenshaw Boulevard, No. 153, Torrance, California 90501.  ELMS owns, operates and
10  controls the escort review website known as www.theeroticreview.com.

11      11.     Plaintiffs allege on information and belief that, in performing the acts and
12  omissions alleged herein, and at all times relevant hereto, each of the defendants was the
13  agent and employee of each of the other defendants and was at all times acting within the
14  course and scope of such agency and employment with the knowledge and approval of each
15  of the other defendants.

16                          **ALTER EGO ALLEGATIONS**

17      12.     Plaintiffs are informed and believe, and based thereon allege, that there exists,
18  and that all times herein mentioned there existed, a unity of interest and ownership between
19  ELMS and EWS such that any individuality and separateness between ELMS and EWS has
20  ceased and ELMS is the alter ego of EWS.

21      13.     Plaintiffs are informed and believe, and based thereon allege, that EWS is, and
22  at all times material herein was a mere shell, instrumentality and conduit through which ELMS
23  carried out his business interest in a corporate name, exercising complete control and
24  dominance of said business to such an extent that any individuality or separateness of EWS
25  does not, and at all times material herein did not exist.

26      14.     Adherence to the fiction of the separate existence of EWS as an entity distinct
27  from ELMS would perpetrate the fraud upon the Plaintiffs, would promote injustice, would
28  constitute an abuse of the corporate privilege and would produce an inequitable result in that

3

1   ELMS committed the wrongful acts alleged herein as an alter ego of EWS.

## FIRST CAUSE OF ACTION

### COPYRIGHT INFRINGEMENT

### (By Plaintiffs Against All Defendants)

15.   Plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 19, inclusive, and incorporate them herein by this reference.

16.   At all times relevant herein, DOE was variously engaged in the business of entertaining, escorting and modeling.

17.   In or about October, 2001, DOE launched a website with the URL under her fictitious escort name. The website contained a variety of photographs and videos of DOE, as well as several pages of textual material. DOE used the website as a promotional tool for modeling, entertaining and escorting.  Furthermore, the website is used to sell access to photographs and videos via a members-only subscription service.

18.   In or before January of  2007, the unique and original selection and arrangement of photographs and graphics ("Work") attached and incorporated herein by reference as "Exhibit A," was published on the internet.

19.   DOE, as the author of the Work, has registered the copyright in and to the Work with the United States Copyright Office and has received the Federal Copyright Certificate therefor (Registration Number VA 1-633-772, Effective Registration Date of May 20, 2008), a copy of which Certificate is attached hereto and incorporated herein by reference as "Exhibit B."

20.   Plaintiff BFN is the owner, by assignment, of all right, title and interest, including but not limited to copyright, in and to the Work.  A copy of the assignment registration is attached and incorporated by reference as "Exhibit C."  Plaintiffs BFN and DOE are the sole proprietors of all rights, title and interest, including copyright, in and to the selection and arrangement of photographs and graphics displayed at DOE's website.

21.   In or around March of 2008, Plaintiffs learned that ELMS and EWS had been copying, reproducing, distributing and displaying a selection and arrangement of photographs

1  and graphics which are substantially similar to the Plaintiffs' protected work. These protected

2  materials were then displayed, distributed and reproduced via a website with the URL of

3  DOE's actual name. A mirror URL, www.thetruthabout_____.com (DOE's fictious

4  escort name), was also set up to redirect persons to the URL in the DOE's real name. A copy

5  of the infringing material is attached an incorporated herein by reference as "Exhibit D."

6      22.    Defendants ELMS and EWS, by and through their agents, employees and

7  representatives, with notice of the Plaintiffs' right, title and interest in and to her Work, and

8  without the Plaintiffs' authorization, have used the Plaintiffs' Work to reproduce, copy, publish,

9  display, distribute, transmit and otherwise market their Infringing Material.

10     23.    Upon information and belief, Defendants ELMS and EWS have willfully and

11 deliberately infringed Plaintiffs' copyright by copying the Plaintiffs' Work and reproducing,

12 importing, publishing, displaying, distributing, transmitting, or otherwise using the Plaintiffs'

13 Work without authorization, all to the Plaintiffs' detriment.

14     24.    Upon information and belief, Defendants ELMS and EWS have reproduced,

15 imported, published, displayed, distributed, transmitted, marketed and promoted Infringing

16 Material and will, unless restrained, continue to do so in the future.

17     25.    Defendants' infringement of the Plaintiffs' copyright has caused and will continue

18 to cause immediate and irreparable harm to the Plaintiff unless enjoined by this Court.

19     26.    Plaintiff Doe regularly charges $4,000 per photo shoot, which represents the

20 value of a license.

21     27.    Defendants ELMS and EWS infringed on photos taken from five (5) different

22 photo shoots.

23     28.    As a result of Defendants' unauthorized use of Plaintiffs' photographs, Plaintiffs

24 have been damaged in an amount of $20,000, which amount represents the value of

25 Plaintiffs' licensing rights.

26 / / /

27 / / /

28 / / /

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully requests the following relief:

1. Permanent and temporary injunction restraining Defendants, their agents, servants, employees, successors, assigns and all others in concert or privity with them from infringing Plaintiff's Works, and from reproducing, importing, publishing, displaying, distributing, transmitting, selling, or otherwise placing on the market Defendants' Infringing Material and, thus, using Plaintiff's copyrighted Works without authorization;

2. For Judgment in their favor against Defendant's in the amount of $20,000.00 for Defendant's infringement of Plaintiff's copyrighted works;

3. Judgment upon the Complaint;

4. That Defendants be compelled to pay Plaintiffs' attorney fees and costs in connection with this action;

5. For leave to amend this Complaint, including by adding parties and claims and by amending this prayer for damages, and otherwise, as the facts and circumstances may warrant from time to time;

6. For trial by jury of all issues so triable; and

7. For all other and further relief to which Plaintiff may otherwise be entitled.

Dated: January ___, 2010      By: _____
Louis P. Winner, Attorney for Plaintiffs
Glenn A. Cohen, Attorney for Plaintiffs
SEILLER WATERMAN LLC
2200 Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
winner@derbycitylaw.com
gcohen@derbycitylaw.com
Telephone No.: 582-584-7400

Michael W. Fattorosi, Attorney for Plaintiffs
Fattorosi & Associates, P.C.
5850 Canoga Avenue, Ste. 400
Woodland Hills, CA 91367
michael@fattlegal.com
Telephone No.: 818-881-8500

6

1

## DEMAND FOR JURY TRIAL

2     Plaintiffs hereby demand a jury trial pursuant to F.R.Civ.P. 38(b) and Local Central

3 District Rule 38-1.

4

5 Dated: January \_\_\_, 2010      By: _____

6                                          Louis P. Winner, Attorney for Plaintiffs
Glenn A. Cohen, Attorney for Plaintiffs

7                                          SEILLER WATERMAN LLC
2200 Meidinger Tower

8                                          462 S. Fourth Street
Louisville, Kentucky 40202

9                                          winner@derbycitylaw.com
gcohen@derbycitylaw.com
Telephone No.: 582-584-7400

10

11                                          Michael W. Fattorosi, Attorney for Plaintiffs
Fattorosi & Associates, P.C.

12                                          5850 Canoga Avenue, Ste. 400
Woodland Hills, CA 91367

13                                          michael@fattlegal.com
Telephone No.: 818-881-8500

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "A"**





"All models are at least 18 years old" 18 U.S.C. 2257 Statement.

"In compliance with the Federal Labeling and Record-Keeping Law (also known as 18 U.S.C. 2257), all models located within our domain were 18 years of age or older during the time of photography. The custodian of records, which is listed below organized by producer, holds all models proof of age. All content and images are in full compliance with the requirements of 18 U.S.C. 2257 and associated regulations.

Custodian of Records Name:
Address:
City, State, Zip:
Country: USA
E-mail address:

KJWebProductions | LINKS | Sitemap | TRAVEL GUIDE







Are the photos on your site really you?

Yes--the most recent were taken in February 2008, and they represent me accurately at this time. I am often kindly told that my photos do not do me justice, and I am confident that you will be pleased with my appearance in person as well. Specially-selected photos of me are available for your enjoyment in my members' section, check it out!

Why do you blur your face?

As a VIP companion and premium female escort, I blur my face to protect our mutual safety and privacy. In the private members' area of my site, you'll be able to see clear photos of my face, and a few other things...

Will you send me more photos?

I am not able to send you other photos of me, sorry.

Are your rates negotiable?

I'm sorry, but they are not. If they are not acceptable to you, I appreciate your interest in me but I ask that you search elsewhere for a companion.

What is your schedule?



DIARY

my diary

| 04/06/08 | Give Good Face |
| 03/30/08 | She's no Fool |
| 03/23/08 | It Helps Being Around Older Men |

<< <       1 2 3 4 5 6 7 8 9 10                                          > >>

**04/06/08**       Give Good Face

I've never been one for social networking. When Friendster first came along, I mocked my friends who got into it and then proceeded to tell me--and everyone else in the office--about each new ... ...
READ MORE >>

**03/30/08**       She's no Fool

My mother played just one April Fool's joke in all her life. Dad had done something to make her mad--nobody remembers what--and Mom wanted some big-time payback. So one Friday evening when Dad... ...
READ MORE >>

**03/23/08**       It Helps Being Around Older Men

I don't know how old you are, and I doubt I could tell by looking at you. I'm certainly no whiz when it comes to figuring out who's had Botox injections, if the bulge around a midri... ...
READ MORE >>

**03/16/08**       Autocritic



ABOUT ME

...me

Height:       5 6
Weight:       115 lbs
Measurements: 34C-23-34

At 30 years old.         is a beautiful and brilliant adult female companion in Los Angeles. She s a Ph.D. with a thriving career, myriad hobbies and interests, and a ver. naughty side as a hot escort-model.

She was discovered in modeling at 14, in New England. During her teen years, she studied and modeled in Europe, growing into a bilingual and cosmopolitan young woman. She subsequently moved to California s Bay Area, where she pursued her undergraduate education in the natural sciences at one of the world s finest universities. She worked as a model in print until she was 21. At this time, she focused on her graduate education, moving to Los Angeles. Her head-turning looks combined with her love of men led her to become an exclusive companion to the world s most discerning men, and through graduate school has traveled the globe with a few adventurous friends. Recent international travels have taken her to Melbourne and Sydney Australia. Tokyo, Toronto. Europe  and Madrid making     one of the top world Independent female escorts. Nationally,        frequently, travels to New York. Chicago. Las Vegas, and Miami.

Having recently finished her advanced education.      is at her best. She is sensual by nature and free-spirited at heart. From heli-skiing at Wiegele s to SCUBA diving Tiputa Pass. from hoisting the mainsail in Portsmouth to making a par on the Plantation Course. from the excitement of Azucena and the Anwil Chorus to the thrills of Bondurant, and from Ahatanui s sandy coves to simply relaxing with a glass of champagne in a room just for the two of us..     is without a doubt the only choice for high class vip escort services internationally or nationally.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "B"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-633-772

**Effective date of registration:**

May 20, 2008

## Title

| | |
|---|---|
| **Title of Work:** | |
| **Nature of Work:** | Web site |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | January 1, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| ■ | **Author:** | KGM Productions, Inc. |
| | **Author Created:** | 2-Dimensional artwork |
| | **Work made for hire:** | Yes |
| | **Domiciled in:** | United States |
| | **Anonymous:** | No |
| | **Pseudonymous:** | No |

## Copyright claimant

**Copyright Claimant:**

c/o Laura E. Landenwich, Esq., Seiller Waterman LLC, 462 S. Fourth Street, 2200 Meidinger Tower, Louisville, KY 40202

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Previously registered:** No

**New material included in claim:** Arrangement and selection of photos and graphics

## Certification

**Name:** Laura E. Landenwich, authorized agent of

**Date:** June 11, 2008

**Correspondence:** Yes

Page 1 of 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "C"**

## ASSIGNMENT OF COPYRIGHT AND COPYRIGHT REGISTRATION

For valuable consideration, receipt of which is acknowledged, I, the undersigned, hereby irrevocably in perpetuity, throughout the world, transfer and assign to BFN, LLC, a Kentucky limited liability company, all of my right, title and interest, including but not limited to copyright, in and to the website titled www._____.com and the copyright registration therefor, having Registration Number VA 1-633-772 and having May 20, 2008 as the Effective Date of Registration.

Signed, this _25_ day of _July_, 2008.

By:_____

STATE OF ARIZONA
COUNTY OF __Maricopa__

On this _25_ day of _July_____, 2008, personally appeared _____, to me known to be the assignor above named, and acknowledged that she executed the foregoing Assignment.



NOTARY PUBLIC

G:\doc\KAC\Kendo, Leah\Assignment of Copyright 7 22 08.doc

```
NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
DANIELLE PUGH
My Commission Expires February 18, 2011
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "D"**

Page 1 of 2



The TRUTH about

NO PHD
COCAINE ADDICT
NO CLUE
A LEGEND IN HER OWN MI

EXIT          ENTER

TheTruthAbout.com

This website is for entertainment purposes only. any information given here is of public records and c verified. _____ was born o 24, 1975, despite what all her bullshit advertisements claim. She does not hold a PhD or even a colle of any sort. _____ actually dropped out of college only 4 months into her starting semester at what is as Berkeley Community College. The only REAL consistent attribute about Leah is she treats everyo and her cocaine drug habit.
If you would like to view her official college transcripts CLICK HERE.

Here is a couple of her other alias ads: (click on the link)

- Elle Hudson
- Marissa Ashmore
- Michelle Michales

OR WHATEVER FUCKING BULLSHIT
ALIAS YOU ARE THE DAY YOU READ THIS. YOU
MAY WANT TO START TREATING PEOPLE HOW YOU
WOULD LIKE TO BE TREATED. START APOLIGIZING
FOR YOUR ATTITUDE AND THE WAY YOU HAVE

TREATED PEOPLE IN YOUR LIFE.

YOU HAVE TREATED VERY GOOD PEOPLE
EXTREMELY POORLY. THE ENEMIES IN YOUR LIFE
YOU CREATED ARE OF YOUR OWN FREE WILL.
WHEN I PERSONALLY SEE YOU HAVE MADE A
CHANGE TO BE A BETTER PERSON, I WILL TAKE
THIS SITE DOWN.

THE ONLY REASON THIS SITE EXISTS IS TO MAKE
YOU AWARE OF HOW MANY PEOPLE YOU HAVE
HURT. IF YOU DON'T CHANGE FOR THE BETTER,
THE INFORMATION ON THIS SITE WILL GROW
EXPONENTIALLY !!!

THE CHOICE IS YOURS, IF YOU THINK THIS IS BAD,
WAIT TIL ALL YOUR SELF CREATED ENEMIES
BECOME AWARE OF THIS SITE AND WANT TO ADD
TO IT....

IF YOU WOULD LIKE TO ADD TO THIS PLEASE
EMAIL: INFO@THETRUTHABOUT            COM

### ONE OF YOUR MOST FREQUENT CUSTOMERS
### ACTUALLY ASKED ME TO CREATE THIS SITE !!!



OR WHATEVER FUCKING BULLSHIT
ALIAS YOU ARE THE DAY YOU READ THIS. YOU
MAY WANT TO START TREATING PEOPLE HOW YOU
WOULD LIKE TO BE TREATED. START APOLIGIZING

or, then I can I keep on with this then....                    Page 2 of 2

FOR YOUR ATTITUDE AND THE WAY YOU HAVE
TREATED PEOPLE IN YOUR LIFE.

YOU HAVE TREATED VERY GOOD PEOPLE
EXTREMELY POORLY. THE ENEMIES IN YOUR LIFE
YOU CREATED ARE OF YOUR OWN FREE WILL.
WHEN I PERSONALLY SEE YOU HAVE MADE A
CHANGE TO BE A BETTER PERSON, I WILL TAKE
THIS SITE DOWN.

THE ONLY REASON THIS SITE EXISTS IS TO MAKE
YOU AWARE OF HOW MANY PEOPLE YOU HAVE
HURT. IF YOU DON'T CHANGE FOR THE BETTER,
THE INFORMATION ON THIS SITE WILL GROW
EXPONENTIALLY !!!

THE CHOICE IS YOURS, IF YOU THINK THIS IS BAD,
WAIT TIL ALL YOUR SELF CREATED ENEMIES
BECOME AWARE OF THIS SITE AND WANT TO ADD
TO IT....

    IF YOU WOULD LIKE TO ADD TO THIS PLEASE
EMAIL: INFO@THETRUTHABOUT            COM

