Louis P. Winner, Esq., Kentucky Bar No. 89248,
Texas Bar No. 24066341, New York Bar No.
4716817
SEILLER WATERMAN LLC
462 S. Fourth Street, Ste. 2200
Louisville, Kentucky 40202

**OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BFN, LLC, a Kentucky Limited Liability Company and JANE DOE, an individual<br><br>PLAINTIFF(S)<br>v.<br>David Elms, an individual, Elms Web Services Inc. a California Corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:08-cv-07285-GW-SS<br><br><br>Alias<br>SUMMONS |
|---|---|

TO: DEFENDANT(S): DAVID ELMS, Elms Web Service, 5228 West 124th Street Hawthorne, California 90250

A lawsuit has been filed against you.

**FOR OFFICE USE ONLY**

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ __First__ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Louis P. Winner__, whose address is __Seiller Waterman, 462 S. Fourth Street, Ste. 2200, Louisville, KY 40202__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __7-6-10__       By: **TANYA DURANT**
                           Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**FOR OFFICE USE ONLY**

CV-01A (12/07)         SUMMONS

Louis P. Winner, Esq., Kentucky Bar No. 89248, Texas Bar No. 24066341
New York Bar No. 4716817
winner@derbycitylaw.com
Glenn A. Cohen, Esq., Kentucky Bar No. 13085
gcohen@derbycitylaw.com
SEILLER WATERMAN LLC
2200 Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
(502) 584-7400, Fax: (502) 583-2100
Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BFN, LLC, a Kentucky Limited Liability Company; and JANE DOE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID ELMS, an individual; ELMS WEB SERVICES, INC., a California Corporation,<br><br>Defendants. | CASE NO. 2:08-cv-07285-GW-SS<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF FOR:**<br><br>**(1) COPYRIGHT INFRINGEMENT;**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiffs, BFN, LLC ("BFN") and JANE DOE ("DOE"), by counsel, and for their First Amended Complaint against Defendants, DAVID ELMS, ("ELMS") and ELMS WEB SERVICES, INC. ("EWS") state that this is an action for monetary and equitable relief, and otherwise state as follows:

///

///

///

///

## INTRODUCTION AND NATURE OF THE CASE

1

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**