Louis P. Winner, Esq., Kentucky Bar No. 89248, Texas Bar No. 24066341
New York Bar No. 4716817
winner@derbycitylaw.com
Glenn A. Cohen, Esq., Kentucky Bar No. 13085
gcohen@derbycitylaw.com
SEILLER WATERMAN LLC
2200 Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
(502) 584-7400, Fax: (502) 583-2100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BFN, LLC, a Kentucky Limited Liability Company; and JANE DOE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID ELMS, an individual; ELMS WEB SERVICES, INC., a California corporation; and DOES 1 through 10, inclusive<br><br>Defendants | CASE NO. 2:08-CV-07285-GW-SS<br><br>**PLAINTIFFS' REQUEST TO CLERK TO ENTER DEFAULT; AND APPLICATION TO CLERK FOR DEFAULT JUDGMENT OF SUM CERTAIN**<br><br>Judge:   Hon. George H. Wu |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs, BFN, LLC, by counsel, hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendants David Elms and Elms Web Services, Inc., on the ground that said Defendants have failed to appear or otherwise respond to the Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure, and, having been provided proper service, have failed to plead or otherwise defend as required by law. As Plaintiffs by their well-pled Complaint, and as set forth in the attached declaration of Louis P. Winner, are owed the sum certain of $20,000, Plaintiffs hereby apply to the Clerk of this Court, pursuant to FRCP 55(b)(1), to enter Judgment against Defendants, jointly and severally, in the sum certain of $20,000 .

Plaintiffs served their Amended Complaint on Defendants on July 16, 2010, evidenced by the proof of service of summons, which is on file with this Court, and attached as Exhibit A to the Declaration of Louis P. Winner. Such service was made upon Defendant David Elms, individually, and on Defendant Elms Web Services, by its agent David Elms via authorized agent of the litigation department of the California Correctional institution, 24900 Highway 202, Tehachapi, CA, 93561.

The above-stated facts are set forth in the accompanying declaration of Louis P. Winner, and Memorandum of Points and Authorities, filed herewith.

Dated: November 9, 2010

Respectfully submitted

*/s/ Louis P. Winner*
Louis P. Winner, Attorney for Plaintiffs
Glenn A. Cohen, Attorney for Plaintiffs
SEILLER WATERMAN LLC
2200 Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
winner@derbycitylaw.com
gcohen@derbycitylaw.com
Telephone No.: 582-584-7400

Michael W. Fattorosi, Attorney for Plaintiffs
LAW OFFICES OF FATTOROSI & ASSOCIATES
6300 Canoga Avenue, Suite 550
Woodland Hills, California 91367
michael@fattlegal.com
Telephone No.: 818-881-8500

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2010, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

[none]

I further certify that I mailed the foregoing document and the notice of electronic filing by regular first class mail to the following non-CM/ECF participants:

> David Elms
> CDC No. G67439
> California Correctional Institution
> 24900 Hwy 202
> Tehachapi, California 93561
>
> David Elms
> Elms Web Services, Inc.
> 5228 West 124 Street
> Hawthorne, California 90250

*/s/ Louis P. Winner*
Louis P. Winner, Attorney for Plaintiffs
Glenn A. Cohen, Attorney for Plaintiffs