UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7285-GW(SSx) | Date | November 17, 2010 |
|---|---|---|---|
| Title | *BFN, LLC, et al. v. David Elms, et al.* | | |

Present: The Honorable    **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):    ORDER VACATING ORDER TO SHOW CAUSE**

The Court hereby **vacates** the Order to Show Cause issued on October 12, 2010.

:

Initials of Preparer    JG