## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-7285-GW(SSx) | Date | May 19, 2011 |
|---|---|---|---|
| Title | *BFN, LLC, et al. v. David Elms, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Louis P. Winner  - by telephone

**PROCEEDINGS:     STATUS CONFERENCE**

Default by clerk entered as to Defendants David Elms, an individual and Elms Web Services, Inc., on May 16, 2011.

Plaintiffs will have until June 9, 2011 to file their renewed motion for default judgment.  A hearing on the motion is set for **June 16, 2011 at 8:30 a.m.**

|  | : | 03 |
|---|---|---|

Initials of Preparer     JG