Louis P. Winner, Esq., Kentucky Bar No. 89248, Texas Bar No. 24066341, New York Bar No. 4716817
winner@derbycitylaw.com
Glenn A. Cohen, Esq., Kentucky Bar No. 13085
gcohen@derbycitylaw.com
SEILLER WATERMAN LLC
2200 Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky  40202
(502) 584-7400, Fax: (502) 583-2100

**JS-6**

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BFN, LLC, a Kentucky Limited Liability Company; and JANE DOE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID ELMS, an individual; ELMS WEB SERVICES, INC., a California Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:08-CV-7285-GW(SSx)<br><br>**ORDER OF DEFAULT JUDGMENT BY COURT** |

Upon the request and application of Plaintiffs, pursuant to Federal Rule of Civil Procedure 55, and the Court being sufficiently advised, that the Defendants, David Elms, an individual, and Elms Web Services, Inc., a California corporation, having been properly served and noticed, failed to plead or otherwise defend as required by law. The Clerk of this Court, being so advised, entered Default against the above-named Defendants on May 16, 2011.

The Court further finds that Defendants are in default, and are jointly and severally liable to Plaintiffs for copyright infringement as asserted in Plaintiffs' Amended Complaint and as set forth in the declaration of Louis P. Winner filed concurrently with the Plaintiffs Renewed Application for Default Judgment by Court.

As Defendants are not minors or incompetents, nor are they exempt from default under any statute, default having been entered by the Clerk of this Court, and their being sufficient

1

1  and uncontested evidence, as described in the declaration of Louis P. Winner, that the
2  Defendants are liable to Plaintiffs in the amount of $20,000, the Court finds that Default
3  Judgment in the amount of $20,000 is proper.

4       DEFAULT JUDGMENT IN THE AMOUNT OF $20,000 IS HEREBY ENTERED BY THE
5  COURT, as provided by the Federal Rules of Civil Procedure 55, jointly and severally against
6  the Defendants, David Elms and Elms Web Services, Inc.

_____

GEORGE H. WU
United States District Court
Central District of California
Date: June 14, 2011

ORDER OF DEFAULT JUDGMENT BY COURT